# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Allen McDermott, | No. CV-21-01353-PHX-GMS (DMF) |
| Plaintiff, | **ORDER** |
| v. | |
| Anna L. Moreno, et al., | |
| Defendants. | |

Before the Court are Plaintiff's First Amended Civil Rights Complaint By a Prisoner (Doc. 7) under 28 U.S.C. § 1343(a); 42 U.S.C. § 2983, United States Magistrate Judge Fine's Report and Recommendation (Doc. 53) and Plaintiff's Objections to the Magistrate's Report and Recommendation (Doc. 58).

The Court has considered Plaintiff's objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court accepts the magistrate judge's recommended disposition within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1   **IT IS THEREFORE ORDERED** accepting the Report and Recommendation of Magistrate Judge Fine (Doc. 53) that Defendant Ramos be dismissed without prejudice due to Plaintiff's failure to timely return an adequate service packet to effectuate service of the Summons and First Amended Complaint on Defendant Ramos or otherwise serve Defendant Ramos.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to terminate this matter.

Dated this 15th day of December, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge